SAMUEL, Judge.
This matter previously was heard, decided and handed down by a three judge panel of this court.[1] Subsequently, the Supreme Court of Louisiana granted certiorari, reversed and remanded to us for reargument before a panel of at least five judges under La. Const. Art. 5, § 8(B).[2]
The matter now having been heard by a five judge panel, we adhere to the views and conclusion expressed in our prior opinion and decree.[3]
Accordingly, the judgment of the trial court is reversed, the exception of lis pen-dens is overruled, and the matter is remanded to the trial court for further proceedings in accordance with law. Costs in this court are to be paid by the defendant-respondent; all other costs are to await a final determination.

REVERSED AND REMANDED.

REDMANN, J., dissents with written reasons.

. Bank of New Orleans & Trust Co. v. Seavey, La.App., 374 So.2d 696.

. Bank of New Orleans & Trust Co. v. Seavey, La., 383 So.2d 354.

.Supra, note 1.